

**U. S. Department of Justice**

*Michael F. Easley, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

| | |
|---|---|
| US Attorney's Office | Telephone (919) 856-4530 |
| 150 Fayetteville Street | Criminal FAX (919) 856-4487 |
| Suite 2100 | Civil FAX (919) 856-4821 |
| Raleigh, North Carolina 27601-1461 | www.usdoj.gov/usao/nce |

DATE: July 24, 2024

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: MICHAEL F. EASLEY, JR.
United States Attorney

ATTN OF: CHARITY L. WILSON *CLW*
Assistant United States Attorney

SUBJECT: U.S. v. ROYCE COSMO FUOCO
No. 5:24CR229 WESTERN DIVISION

    Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

cc: US Marshal Service
US Probation Office