# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

    V.

ROYCE COSMO FUOCO

**WARRANT FOR ARREST**

**CRIMINAL CASE: 5:24-CR-229-M-BM**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**ROYCE COSMO FUOCO** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information _____ Complaint

_____ Order of Court: _____ Violation Notice _____ Probation Violation Petition charging him/her with:

Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 - 18 U.S.C. §§ 2252(a)(2) and (b): Distribution of child pornography
Count 11 - 18 U.S.C. §§ 2252(a)(2) and (b): Receipt of child pornography
Count 12 18 U.S.C. § 2252(a)(4)(B): Possession of child pornography

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

JULY 24, 2024 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED 7-25-2024 | NAME AND TITLE OF ARRESTING OFFICER S Yakum Task Force Officer | NAME AND TITLE OF ARRESTING S Yakum Task Force Officer |
|---|---|---|
| DATE OF ARREST 8-7-2024 | | |

FILED

AUG 0 7 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK