UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: **5:24-cr-00229-M-BM**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | MOTION TO CONTINUE ARRAIGNMENT |
| ROYCE FUOCO | |

NOW COMES the Defendant and moves to continue his Arraignment scheduled for October 8, 2024 until the November Term of Court. The Government – through no fault of its own – has not yet responded to the undersigned's request for a position; the undersigned files this motion nonetheless and will update the Court regarding the Government's position as soon as it's received.

1. The Defendant was indicted in on or about July 24, 2024 with violations of 18 U.S.C. § 2252.
2. The undersigned is in an ongoing Montgomery County Superior Court (Troy, NC) post-conviction hearing in a death penalty case before North Carolina Superior Court Judge Kevin Bridges that was expected to last no longer than two weeks.
3. The hearing now almost certainly will continue through at least October 10, 2024.
4. The unforeseen length of the hearing was occasioned, in part, by weather which caused court to be cancelled on Friday, September 27, the unavailability of counsel owing to a medical issue, and developments in the hearing which will cause it to take longer to complete than originally anticipated.
5. The undersigned's presence at the Superior Court hearing is required.

6. The undersigned anticipated a guilty plea to be entered on October 8, 2024, but now believes his attendance will be required in Montgomery County Superior Court.

7. Any delay occasioned by this continuance shall be excluded from Speedy Trial Act calculations.

WHEREFORE, the undersigned requests that the Defendant's hearing be continued to the November Term of Court.

Respectfully submitted this the 29th of September 2024.

THE CHETSON FIRM, PLLC

 /s/ Damon Chetson
Damon Chetson
*Attorney for Defendant (CJA)*
N.C. State Bar #39575
19 W. Hargett St., Suite 400
Raleigh, NC 27601
Email: damon@chetson.com
Phone: (919) 352-9411

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Charity Wilson
United States Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the above.

This the 29th day of September 2024.

    THE CHETSON FIRM, PLLC

    /s/ Damon Chetson
    Damon J. Chetson
    Counsel for the Defendant (CJA)
    NC Bar #39575
    19 W. Hargett St., Suite 400
    Raleigh, NC 27601
    Office: (919) 352-9411
    Fax: (919) 887-7269
    E-Mail: damon@chetson.com