IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-cr-00229-M-BM

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| ROYCE FUOCO, Defendant | |

This matter having come before the Court on a motion by Counsel for the Defendant to continue, and for good cause shown, it is hereby ORDERED that the arraignment hearing in this matter shall be continued until the _____ Term of Court.

Any delay that results for this continuance is hereby excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuances outweigh the best interests of the public and the Defendant in a speedy trial.

SO ORDERED this the _____ day of September 2024.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE