IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:24-CR-00229-M

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ROYCE COSMO FUOCO, | |
| Defendant. | |

This matter comes before the court on Defendant's motion to withdraw [DE 25] his motion to continue his arraignment [DE 24]. The motion to withdraw is GRANTED and the court deems the request for a continuance WITHDRAWN. Defendant's arraignment will proceed as scheduled on October 8, 2024.

SO ORDERED this 4th day of October, 2024.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE