IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-cr-00229-M-BM

| UNITED STATES OF AMERICA | |
|---|---|
| v. | MOTION TO CONTINUE SENTENCING HEARING |
| ROYCE FUOCO | |

NOW COMES the Defendant, by and through the undersigned attorney, and hereby moves to continue the Sentencing hearing scheduled for January 7, 2025. In support of this motion, the undersigned shows the court that:

1. The Defendant was indicted on July 24, 2024.
2. The Defendant pled guilty to violations of 18 U.S.C. § 2252 on or about October 8, 2024.
3. No continuance had been requested of the Arraignment.
4. No prior continuance has been requested of the Sentencing Hearing.
5. The undersigned requires additional time to prepare for sentencing with his client.
6. The Government does not oppose this request.

[THE REST OF THIS PAGE IS BLANK]

WHEREFORE, the undersigned requests that the sentencing hearing be set for the March Term of Court.

This the 12th day of December 2024

                                         THE CHETSON FIRM, PLLC

                                         /s/ Damon Chetson
                                         Damon Chetson
                                         *Attorney for Defendant* (CJA)
                                         N.C. State Bar #39575
                                         19 W. Hargett St., Suite 400
                                         Raleigh, NC 27601
                                         Email: damon@chetson.com
                                         Office: (919) 352-9411
                                         Fax: (919) 887-7269

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon all parties to this action as identified in the Notice of Electronic Filing generated by this filing by electronically filing the foregoing with the Clerk of Court using the CM/ECF system.

Date: December 12, 2024

/s/ Damon Chetson
Damon J. Chetson
