IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-cr-00229-M-BM

| UNITED STATES OF AMERICA | |
|---|---|
| v. | MOTION TO CONTINUE SENTENCING HEARING |
| ROYCE FUOCO | |

NOW COMES the Defendant, by and through the undersigned attorney, and hereby moves to continue the Sentencing hearing scheduled for March 13, 2025. In support of this motion, the undersigned shows the court that:

1. The Defendant was indicted on July 24, 2024.
2. The Defendant pled guilty to violations of 18 U.S.C. § 2252 on or about October 8, 2024.
3. One prior continuance was requested of the Sentencing Hearing and no prior continuance of the Arraignment had been requested
4. The undersigned requires additional time to prepare for sentencing with his client including preparation of a forensic report.
5. The Government does not oppose this request.

WHEREFORE, the undersigned requests that the sentencing hearing be set for the May Term of Court.

This the 24th day of February 2025.

        THE CHETSON FIRM, PLLC

        <u>/s/ Damon Chetson</u>
        Damon Chetson
        *Attorney for Defendant* (CJA)
        N.C. State Bar #39575
        19 W. Hargett St., Suite 400
        Raleigh, NC 27601
        Email: damon@chetson.com
        Office: (919) 352-9411
        Fax: (919) 887-7269

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon all parties to this action as identified in the Notice of Electronic Filing generated by this filing by electronically filing the foregoing with the Clerk of Court using the CM/ECF system.

Date: February 24, 2025

/s/ Damon Chetson
Damon J. Chetson