IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-cr-00229-M-BM

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| ROYCE FUOCO | |

UPON the Defendant's Motion to Continue the Sentencing Hearing in the above-captioned matter and without objection from the Government, the Court ORDERS the sentencing hearing to be continued to the _____ Term of Court.

This the ____ day of February 2025.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon all parties to this action as identified in the Notice of Electronic Filing generated by this filing by electronically filing the foregoing with the Clerk of Court using the CM/ECF system.

Date: December 12, 2024

/s/ Damon Chetson
Damon J. Chetson